Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

RCV

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 0 3 2024

KEVIN P WEIMER, Clerk
Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia  ▾

_____Atlanta_____ Division

SHERI C. JOHNSON

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

GLORIA H. WOODS D/B/A GLORILLA

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  **1:24-CV-1426**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | SHERI C. JOHNSON |
| Street Address | 4827 OLD NATIONAL HWY #10037 |
| City and County | COLLEGE PARK, FULTON |
| State and Zip Code | GA 30337 |
| Telephone Number | 404-939-3636 |
| E-mail Address | LEGAL.JOHNSONYOUNG@GMAIL.COM |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | GLORIA H. WOODS |
| Job or Title *(if known)* | MUSICIAN |
| Street Address | 333 CHASE LN. |
| City and County | MARIETTA, COBB COUNTY |
| State and Zip Code | GA 30068 |
| Telephone Number | (516) 616-5900 |
| E-mail Address *(if known)* | GLORIABOYD1789@GMAIL.COM |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V.    **Certification and Closing**

Under <u>Federal Rule of Civil Procedure 11</u>, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        3/18/2024

Signature of Plaintiff        _Sheri C Johnson_

Printed Name of Plaintiff        Sheri C Johnson

### B.    **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

$4,000,000.00 FOUR MILLION DOLLARS

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)*    06/23/2023    , at *(place)*   https://www.youtube.com/watch?v=PJad_xgPstk                                     ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

A FAMOUS DISS SONG TITLED 'PUT IT ON THE FLOOR' WAS PRIMARILY MADE TO DEFAME, SEXUALLY HARASS, AND HUMILIATE ME AND USED MY COPYRIGHTEN LYRICS TO IDENTIFY ME. THE LYRICS AND INTENT IS CLEAR DEFEMATION PER-SE. THE DEFENDANT DECIDED TO CONSPIRE AND JOIN IN ON THE ACTION AND MAKE A REMIX. THIS SONG HAS CAUSED ME SO MUCH EMOTIONAL SUFFERING AND MENTAL TURMOIL. I'M HOLDING ALL CO-CONSPIRATORS LIABLE FOR NEGLIENCE

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

BY CREATING THIS REMIX, THE DEFENDANT IS NOW ASSOCIATED , A CO-CONSPIRATOR, PROMOTER AND IS AN ACCESSORY TO A SONG CREATED TO DEFAME ME, SEXUALLY HARASS ME, AND PUBLICLY HUMILIATE ME. THE DEFENDENT IS LIABLE FOR NEGLIENCE, CIVIL CONSPIRACY, AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE ORIGINAL DEFENDANTS AND CO-DEFENDANTS ARE CURRENTLY BEING SUED FOR $250,900,000. WHICH IS DIVIDED BY THE 4 DEFENDANTS ON THAT CASE. IM SUING GLORIA D/B/A GLORILLA FOR $4,000,000 FOR EMOTIONAL DISTRESS AND NEGLIENCE. BY MAKING THE REMIX SHE'S DELIBERITLY ADDING FIRE TO THE FLAME AND MORE ATTENTION TO THE ORIGINAL ASSUALTS IN WHICH I HAVE REQUESTED THAT ALL VERSIONS OF THE SONG BE REMOVED FROM ALL PLATFORMS.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*    SHERI C. JOHNSON                          , is a citizen of the

State of *(name)*    GEORGIA                                .

2.    If the plaintiff is a corporation

The plaintiff, *(name)*                                        , is incorporated

under the laws of the State of *(name)*                                        ,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)*   GLORIA H WOODS D/B/A GLORILLA            , is a citizen of

the State of *(name)*    GEORGIA                          . Or is a citizen of

*(foreign nation)*                                .

2.    If the defendant is a corporation

The defendant, *(name)*                                  , is incorporated under

the laws of the State of *(name)*                              , and has its

principal place of business in the State of *(name)*                        .

Or is incorporated under the laws of *(foreign nation)*                        ,

and has its principal place of business in *(name)*                        .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:



RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 0 3 2024

KEVIN P WEIMER, Clerk
By _____ Deputy Clerk

## EXTENDED COMPAINT SUMMARY

Sheri C. Johnson

    Vs

Gloria Hallelujah Woods D/B/A Glorilla

March 18,2024

In June 2023 rap artists known as Mulatto /Latto and Cardi B conspired to make a diss song about me while defaming me and infringing on my copyrights in order to identify me in the song. On June 23, 2023 the rapper Gloria Hallelujah Woods d/b/a Glorilla published a remix deciding to join in on the action and make a remix to the song "Put It On Floor" (see **EXHIBIT B**). The original rappers are currently being sued for defamation, copyright infringement, fraud, sexual harassment, NEID, Unfair competition, just to name a few (see **EXHIBIT A; GA case # 1:23-cv-05163-WMR).**

Glorilla remix to 'Put It On The Floor' is not only adding fuel to the flame but is helping to spread the awareness of the original song which has a cease and desist currently in litigation which demands that ALL VERSIONS of the song "Put It On The Floor" be removed from all platforms and streaming sites) Glorilla's remix music video alone already has generated 4 MILLION views (see **EXHIBIT C**) and is actively gaining momentum and attention to the original song which was created with 1 intent; to defame and sexually harass me.

The rapper known as Glorilla decided to join forces and conspire with the original offenders and add her stamp on the famous diss song 'Put It On The Floor' (see **EXHIBIT B**) and has subsequently added to my misery and mental and emotional suffering (see **EXHIBIT D**) by making a derivative of the famous diss song that has also caused me emotional and mental distress and public humiliation by defamation and sexual harassment. Therefore, I'm suing for negligence, civil conspiracy, and negligent infliction of emotional distress in the amount of $4 Million dollars.

The original torts in which Glorilla conspired in is Libel, Slander; Under **Title 28 US Code 4101**; and Copyright Infringement Title **17 U.S.C §201** . Civil conspirators are equally liable and may be sued as if they are the original offenders (see **Civil Conspiracy -GA Code Ann § 51-12-30**).

In the original song 'Put It On The Floor" the co-defendants Mulatto/Latto and Cardi-B tag team with a verbal assault that includes defamation per-se in which they state that the plaintiff has slept with 100 men/bodies and proclaims that the Plaintiff has "vaginal odor". This particular song is one part of an ongoing obsession and collection of sexual harassment and defamatory songs made by the original defendant Mulatto that has subjected me to public ridicule and potential gang violence. The original song 'Put It On The Floor' is a clear and blatant assault on

an individual and anyone joining forces and being associated with it can only be fully aware of the offense and its effects on the intended individual. It's clear defamation per-se.

**Defamation/Slander Georgia Code Ann. § 51-5-4 (West)**
**(4)** Uttering any disparaging words productive of *special damage* which flows naturally therefrom. (*Mental anguish and emotional distress, extreme anxiety, deep depression via public humiliation*)

28 US CODE 4101: Defamation: (Definition) Slander or similar claim alleging forms of speech are false, have caused damage to reputation or emotional distress or condemnation of any person.

**Relief**
(c) In any action for damages for any defamatory statement published or uttered in or as a part of a visual or sound broadcast, the complaining party shall be allowed only such actual, consequential, or punitive damages as have been alleged and proved.

**Civil Conspiracy -GA Code Ann § 51-12-30** "A conspiracy upon which a civil action for damages may be founded is a combination between two or more persons either to do some act which is a tort, or else to do some lawful act by methods which constitute a tort. Rood v. Newman, 75 Ga. App. 621, 44 S.E.2d 171 (1947).

**2020 Georgia Code**
**Title 51 - Torts**
**Chapter 12 - Damages**
**Article 2 - Joint Tort-Feasors**
**§ 51-12-30. Procurer of Wrong as Joint Wrongdoer**

**Procurer of actionable wrong liable.**
- One who procures or assists in the commission of an actionable wrong is equally liable with the actual perpetrator for the damages. The word procure, as used in O.C.G.A. § 51-12-30, does not require the lending of assistance in the actual perpetration of the wrong done by another; but if one, acting only through advice, counsel, persuasion, or command, succeeds in procuring any person to commit an actionable wrong, the procurer becomes liable for the injury, either singly or jointly, with the actual perpetrator. White v. Shamrock Bldg. Sys., 294 Ga. App. 340, 669 S.E.2d 168 (2008).

If one fails in this duty and unreasonably causes emotional distress to another person, that actor will be liable for monetary damages to the injured individual. The tort is to be contrasted with intentional infliction of emotional distress in that there is no need to prove intent to inflict distress. That is, an accidental infliction, if negligent, is sufficient to support a cause of action.

- In the 1968 landmark decision of Dillon v. Legg, the Supreme Court of California was the first court to allow recovery for emotional distress alone – even in the absence of any physical injury to the plaintiff –

By participating in a civil conspiracy, a coconspirator effectively adopts as his or her own the torts of other coconspirators within the ambit of the conspiracy. In this way, a coconspirator incurs tort liability co-equal with the immediate tortfeasors.

In Summary, I'm suing for Gloria H. Woods d/b/a Glorilla for civil conspiracy.

 (see **EXHIBIT A**), negligence, negligent infliction of emotional distress, court courts, lawyer fees, etc; for her association with and conspiring on song 'Put It On The Floor' whose original torts are: Copyright Infringement **TITLE 17 U.S.C §201**, Defamation **Georgia Code Ann. § 51-5-4 (West)**, Sexual Harassment **Georgia Code Ann. § 34-5A-1 (West)**, Fraud **15 U.S.C. 1125(a) Section 43(a)** , Invasion of Privacy: Appropriation **49 CFR 801.56 Invasion of Privacy**; in accordance Georgia **Civil Conspiracy -GA Code Ann § 51-12-30**

**Procurer of actionable wrong liable.**

- One who procures or assists in the commission of an actionable wrong is equally liable with the actual perpetrator for the damages.

*Respectfully Submitted,*

Sheri C. Johnson (pro-se)
4827 Old National Hwy #10037
Atlanta, GA 30337
P: (404) 666-7404
**legal.johnsonyoung@gmail.com**

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN _____ **DISTRICT OF** _____ GEORGIA

SHERI C. JOHNSON

## EXHIBIT AND WITNESS LIST

V.

GLORIA H. WOODS D/B/A GLORILLA

Case Number:

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| TRIAL DATE (S) | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 3/18/24 | | EXHIBIT A - RELATED CASE # 1:23-CV-05163-WMR 27PGS | |
| 1 | | 3/18/24 | | EXHIBIT B - GLORILLA REMIX OF FAMOUS DISS SONG 'PUT IT ON THE FLOOR' 2PGS | |
| 1 | | 3/18/24 | | EXHIBIT C- DEFENDANT REMIX GENERATED 4MILLION VIEWS ON 1 VIDEO (1PG) | |
| 1 | | 3/18/24 | | EXHIBIT D- PLAINTIFF MENTAL AND EMOTIONAL MEDICATION (3PGS) | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

**EXHIBIT A**
~~27~~ pages

Northern District of Georgia

___Atlanta_____ Division

MAR 1 1 2024

KEVIN P. WEIMER, Clerk
_____ Deputy Clerk

AMENDED 2/27/2024

Case No.   1-23-cv-05163-WMR

*(to be filled in by the Clerk's Office)*

SHERI C. JOHNSON
_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

–v–

ALYSSA MICHELLE STEPHENS D/B/A MULATTO,
ET LA *see attached*
_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | SHERI C. JOHNSON |
| Street Address | 4827 OLD NATIONAL HWY #10037 |
| City and County | ATLANTA, FULTON |
| State and Zip Code | GA, 30337 |
| Telephone Number | 404-666-7404 |
| E-mail Address | LEGAL.JOHNSONYOUNG@GMAIL.COM |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name _____ SONY MUSIC PUBLISHING (US) LLC.

Job or Title *(if known)* ____ RECORD LABEL AND PUBLISHING COMPANY

Street Address _____ 25 MADISON AVE. 24TH FLOOR

City and County _____ NEW YORK,

State and Zip Code _____ NY, 10010

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name _____ STREAMCUT MEDIA, LLC.

Job or Title *(if known)* ____ RECORD LABEL

Street Address _____ 1924 PIEDMONT CIR N.E.

City and County _____ ATLANTA, FULTON

State and Zip Code _____ GA 30324

Telephone Number

E-mail Address *(if known)* JACK@STREAMCUT.COM, PHIL@STREAMCUT.COM

Defendant No. 3

Name _____ ALYSSA MICHELLE STEPHENS D/B/A MULATTO

Job or Title *(if known)* ____ PERFORMING ARTIST / MULATTO

Street Address _____ 130 VICTORIA DR.

City and County _____ FAYETTEVILLE, FAYETTE

State and Zip Code _____ GA , 30214

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name _____ BELCALIS MARLENIS ALMANZAR CEPHUS D/B/A CARDI-B

Job or Title *(if known)* ____ ATTORNEY LISA MOORE

Street Address _____ 887 WEST MARIETTA ST

City and County _____ SUITE M-102

State and Zip Code _____ ATLANTA, GA 30318

Telephone Number _____ 404-460-4500

E-mail Address *(if known)* LISA@THEMOOREFIRM.COM

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Defamation GA Code 51-5-4, Title 17 U.S.C 201 Copyright Infringement, Civil Conspiray 51-12-30, Invasion Of Privacy: Appropriation 49 CFR 801.56 , 15 U.S.C. 1125a Section 43a FRAUD, GA Code 51-62b, Neglience , Sexual Harassment, Stalking, Unfair Competition, Negligent Tortious Interference, Negligent Infliction of Emotion Distress

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)*  SHERI C. JOHNSON                    , is a citizen of the

   State of *(name)*  GEORGIA                    .

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)*                    , is incorporated

   under the laws of the State of *(name)*                    ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)*  ALYSSA MICHELLE STEPHENS        , is a citizen of

   the State of *(name)*  GEORGIA                    .  Or is a citizen of

   *(foreign nation)*                    .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.    If the defendant is a corporation

The defendant, *(name)* SONY MUSIC PUBLISHING (US) LLC , is incorporated under
the laws of the State of *(name)* NEW YORK , and has its
principal place of business in the State of *(name)* NEW YORK
Or is incorporated under the laws of *(foreign nation)*
and has its principal place of business in *(name)* NEW YORK .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$250,900,000.00 WITHIN THE 2 SONGS, MY COPYRIGHTS WERE WILLFULLY INFRINGED
6 TIMES TOTALING $900,000.  ADDITIONALLY, I'M DEMANDING $250MILLION IN RELIEF
FOR PUBLISHING THE SLANDER AND CIVIL CONSPIRSACY. IM SUING FOR MENTAL
AND EMOTIONAL DISTRESS AND ANGUISH, DAMAGE TO MY PRESENT AND FUTURE
REPUTATION, PUNITIVE DAMAGES AND STATUTORY DAMAGES, AND MORE SEE
EXTENDED COMPLAINT SUMMARY (14 PGS)

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant
was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights,
including the dates and places of that involvement or conduct. If more than one claim is asserted, number each
claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if
needed.

A.    Where did the events giving rise to your claim(s) occur?

WORLDWIDE! STAGE PERFORMANCES IN FRONT OF THOUSANDS! TELEVESION, IN FRONT OF
MILLIONS! RADIO, YOUTUBE, INSTAGRAM, TIKTOK. BET AWARDS, SEVERAL STAGES

B.    What date and approximate time did the events giving rise to your claim(s) occur?

OCTOBER 23,  2023 APPROX 5PM IS WHEN I BECAME AWARE IT WAS GOING ON

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?
     Was anyone else involved? Who else saw what happened?)*
STREAMCUT MEDIA AND SONY MUSIC PUBLISHED LYRICS AND ADLIBS (SIGNATURE SOUND
EFFECTS) THAT I OWN THE COPYRIGHTS TO. FIRST, MULATTO USED 2 LINES FROM 1 OF MY
SONG AS THE MAIN HOOK IN 2 OF HER POPULAR SONGS, 'PUT IT ON THE FLOOR' AND 'PUT IT
ON THE FLOOR AGAIN FT. CARDI B'; THEN THEY USED MY SIGNATURE ADLIBS IN
CONJUNCTION WITH MY LYRICS DIRECTLY AT THE SLANDER TO FURTHER IDENTIFY ME IN
THE ATTACK AND DEFAMATION. MY ADLIBS AND LYRICS ARE IN SEVERAL COPYRIGHTS AND
WERE USED IN THE MIDDLE, IN THE DIRECT BACKGROUND OF MULATTO SAYING "AND I
HEARD ABOUT YOUR COOCHIE BITCH. PITS LIKE YOUR PUSSY WE ALL KNOW THAT CAT IS
GIVING FISH." DIRECTLY IN THE BACKGROUND THEY INSERT MY ADLIB TO PERSONALLY
IDENTIFY ME IN THE DEFEAMATION. STREAMCUT MEDIA AND SONY MUSIC DISTRIBUTED THIS
SLANDER TO A WORLD AUDIENCE + EVERY PLATFORM, RADIO STATION AND STREAMING
SERVICE. AND CARDI- B JOINED. THEY ARE ALL NEGLIGENT.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you
sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation
could not be measured.
MULATTO, CARDI B,  HAVE MADE ME THE LAUGHING STOCK OF SOME DEMENTED "JOKE". AND
STREAMCUT MEDIA, LLC, AND SONY MUSIC PUBLISHING PUBLISHED AND PROFITED. ALL AT THE
EXPENSE OF MY REPUTATION AND SANITY. EVERYONE IN THE ENTERTAINMENT INDUSTRY KNOWS
EXACTLY WHO THE 2 SONGS WERE ABOUT AND BECAUSE OF THIS, IT HAS CREATED A DIVIDE AND
SEVERED LIFELONG RELATIONSHIPS BETWEEN ME AND OUR MUTUAL ASSOCIATES I USE TO CALL
FRIENDS. EVERYTIME I TURN ON THE RADIO I HEAR THE SLANDER, AND I HEAR MY ADLIBS, AND I
HEAR MY LYRICS. AND I SEE PEOPLE DANCING TO THE LYRICS ON EVERY PLATFORM. THERE'S NO
ESCAPE FROM THE TORMENT. THIS EXPERIENCE FEELS LIKE TORTURE BEING INFLICTED ON ME
EVERY TIME I HEAR AND SEE THE SONGS. IT HAS CAUSED ME DEPRESSION, ANXIETY, AND IS AND
HAS BEEN RUINING MY REPUTATION SINCE THE DAY THEY PUBLISHED AND DISTRIBUTED IT TO THE
WORLD. THIS EXPERIENCE FOR ME IS NOW TRAUMA. IM TRAUMATISED. THESE TYPE OF EMOTIONS
EMBED THEMSELVES IN DNA. IT IS IRREPABLE AND HAS THE CAPACITY TO TRIGGER SUICIDE INSOME

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

$250,900,000 : $900,000 FOR 6 WILLFULL COPYRIGHT INFRINGEMENTS+ $250,000,000 IN PUNITIVE
DAMAGES AND RELIEFS.(THIS IS NOT MULATTO FIRST TIME SLANDERING ME, I HAVE DISCOVERED A
COLLECTION OF DISS SONGS FROM HER TOWARDS ME. EVERY SONG THAT SHE HAS CREATED SHE
HAS STOLEN FROM OTHERS. I WANT THE MAXIMUM IN RELIEF BECAUSE IT HAS BECOME A HABITUAL
HABIT THAT WILL NEVER STOP. I HAVE LOSS LIFE-CHANGING OPPORTUNITIES TO FURTHER MY
CAREER DUE TO THIS CONFLICT OF INTEREST THAT I DID NOT INVITE, ENTICE, NOR WARRANT.
MULATTO HAS AN UNHEALTHY OBSESSION WITH ME THAT IS RUINING MY LIFE DAILY. I'M NOW BACK
ON ANXIETY MEDS AFTER MAKING SIGNIFICANT PROGRESS. I WOULD LIKE BOTH SONGS 1)'PUT IT ON
THE FLOOR, AND 2) PUT IT ON THE FLOOR AGAIN FT CARDI B. REMOVED FROM ALL RADIO STATIONS,
STREAMING SERVICES, AND SOCIAL MEDIA SITES INCLUDING BUT NOT LIMITED TO : YOUTUBE,
INSTAGRAM, TIK-TOK. CEASE ALL SALES, PERFORMANCES AND PUBLICATIONS.

AMENDED   EXTENDED SUMMARY COMPLAINT

### III. Statement of Claim (continued)

March 04, 2024

EXHIBIT A.1 (22 pages)

## Sony Music Publishing, StreamCut Media, And Mulatto

willfully published and distributed Defamation, Slander, and Sexual Harassment against me to the world on a grande scale via music made by their music artist Alyssa M. Stephens, D/B/A Mulatto whose sole purpose was a malicious intent to publicly humiliate me and destroy my character and reputation in front of a world audience (*see* **EXHIBITS Y,Z**). Mulatto is signed by StreamCut Media LLC. And thus they are equally responsible for her and the music she creates. Mulatto cannot act or perform without the consent or authorization of her record label, and are they are responsible for the arrangements of Mulatto performances, and music and are paid accordingly. Sony Music Publishing is the main vehicle for the success of the diss songs. Sony Music ENT/Publishing, published and own the copyright to the songs that were created to defame me and Sony Music Publishing distributed it to the world on every platform.

Several of my lyrics were infringed and used in conjunction with **my signature sound effects (adlibs)** in order to identify me IN the slander. (Literally. Dead smack in the center).

On song(s) 'Put It On The Floor', The lyrics include: "And I heard about your coochie bitch (Mulatto inserts ***my signature adlib***) armpits like your pussy WE ALL KNOW that cat is giving fish." Violating ***GA Code Ann. § 51-5-4*** *(West) for Defamation, Fraud:* ***GA Code Ann. § 51-6-2*** **Section b)**; *Copyright Infringement 17 U.S.C.* **§ 201**; *Sexual Harassment :* ***GA Code Ann. § 34-5A-1*** *(West) Section (C) ; Invasion Of Privacy: Appropriation- Federal Common Law; Unfair Competition* ***GA Code Ann. §10-1-372 Sections 1, 2, 3, 5, 6, 12 a, b., Counterfeiting 18 U.S. Code § 2320, 15 U.S. Code § 1117***

*Covers recovery for violations of rights, including statutory damages for use of counterfeit marks. The plaintiff can recover a minimum of $1,000 and a maximum of* ***$200,000 per counterfeit mark per type of goods or services sold.*** (There are 6 in her case)

Mulatto inserted ***my signature adlibs*** to use as an identifying factor to let me and the world know exactly who she is talking about. ***My signature adlibs,*** that 'I created and have been using since 2009' in numerous songs that are included in several copyrights (*see* **EXHIBITS B,C,E,F,P**) and are as custom to me as my government name or handwritten signature. She used them to identify me in *her beef/diss songs* to publicly humiliate and identify me (*see* **EXHIBIT Z28**). She then steals and uses 2 additional lines from my song titled 'Give A Damn' which I have copyrights to as well, and uses my lyrics and the MAIN HOOK in those same two songs (*see* **EXHIBIT A**) to further mock me.

My lines were "I dun dun it all im Shawty Lo" and "Im laughing hearty hard straight to the bank." In the main hook of her songs, she mocks me by using my lines as her MAIN HOOK saying: "I dun dun it all I feel like Shawty Lo, laughing to the bank."

These are my lyrics that I have copyrights to (*see* **EXHIBIT C**) since 2010 when I recorded the song at the studio with the rapper Shawty Lo himself (before he passed away in 2016) as seen in **EXHIBIT H** in the media article.

I discovered her diss/mock song in October, after hearing my lyrics in her song that my daughter had been playing in the bathroom. I was in isolation from the world for a year due to a public meltdown I had about other artists that have stolen my lyrics and trademarked designs (*see* **EXHIBIT O**). I was completely unaware that she was one of them too. After hearing her lyrics, I decided to listen to her music and that's where I discovered THE COLLECTION of one-sided diss songs she (Mulatto) had made to/about me. She has had an ongoing dedicated beef with me that I was unaware of, but she has been intensely committed to. I have included audio references in the **EXHIBIT LIST** as **ATTACHMENT 2**.

On the audio file you will hear my song lyrics "I got a hunnit bands. I don't fuck with you, so don't fuck with me." She makes a reply in the song titled 'Don't Play Wit It-Lola Brooks ft Mulatto' saying: "A hunnit bands? What the fuck is a hunnit bands? You fucked like 100 niggas and aint got 1 man. You fucked like 100 niggas, and aint got 1 hit song"... and this is just an example of the ongoing beef she has had with me behind my back with a world audience.

Because her beef with me was not mutual nor acknowledged by me, it inspired her to add the ▪▪identifying factors on her next diss songs to me. On 'Put It On The Floor', and

'Put It On the Floor AGAIN ft Cardi B.', she took her obsession and beef with me a step further and ▪▪*added my lyrics and personal sound effects* to ensure "WE ALL KNOW" exactly who she was talking about this time it would not be mistaken. She even made a part 2! And featured Cardi B. as a double assault and an attempted recruitment to create me as an "op" or "target" to the Blood Gang whom I had no problems with before her unhealthy obsession with me began. (*see* **EXHIBIT Z28, Z29**).

There are at least 6 willful copyright infringements/appropriations within the 2 songs "Put It On the Floor, and Put It On the Floor Again ft Cardi B. I cannot bear listening deeper and further to identify more. So far, I've counted and identified 6 infringements and 2 defamation slanders that I compiled as **EXHIBIT A, B**; in which I'm aware of at the moment within those 2 songs.

Within the combined collection of targeted attacks from her, I discovered a **pattern of sexual harassment**. As heard in **EXHIBIT N**.

-   **1** : "100 bands? What the fuck is 100 bands? *You FUCKED* like 100 niggas and aint got 1 man, *you FUCKED* like 100 niggas, and aint got 1 hit" is her reply to my song from which **she stole ▓▓my adlibs from** "Gingerbread Man': 'I got 100 bands, I don't FUCK with you, so don't FUCK with me."

-   **2:** "Bitches acting like they running shit but they really '*ran thru*.'" (slept with a lot of men is the meaning) She uses **▓▓*my signature adlib*** at the beginning of that phrase in 'Put It On The Floor Again'. (AGAIN violating **Title 15 U.S.C. 1125(a) Section 43: False designations of origin** likely to cause confusion, or to deceive as to the affiliation, connection, or association of another person.) And Violating **▓▓49 CFR 801.56 Invasion of Privacy: Appropriation and the Right of Publicity** A regulation that prevents unauthorized commercial uses of another's identity who has celebrity status of their own. Also *see* **\*\*18 U.S. Code § 2320 - Trafficking in counterfeit goods or services**

-   **3:** "And I heard about *your coochie* bitch, pits like *your pussy* we all know *that cat* is giving fish. (meaning my sexual parts have an odor) AGAIN, using **▓▓my signature adlib** in the center of the defamation and sexual harassment. Violating **GA Code Ann 34-5A-1 Section (c)** :

-

-   **Sexual Harassment**: behavior that *demeans*, intimidate and *humiliates a person in a sexual manner*.

I'm suing Mulatto for sexual harassment, stalking, invasion of privacy: appropriation, unfair competition, as well as copyright infringement, defamation, fraud, civil conspiracy, intentional infliction of emotion distress a common law tort, and negligence.

I'm suing StreamCut Media, LLC. And Sony Music Publishing for negligence in the publishing, Negligent infliction of emotional distress, and civil conspiracy, which resulted to my mental anguish, emotional distress, and depression. As a publishing company StreamCut Media, LLC. And Sony Music Publishing have a responsibility of duty as publishers of what they publish. They were reckless and grossly negligent for the spread and promotion of this defamation and sexual harassment. Without the companies publishing Mulatto's malicious diss songs, the offenses could not have spread as fast, far and wide without them being the main vehicle. They are the publishers and copyright owners of the diss song Mulatto created to defame me.

The record labels published and prospered from Mulatto's defamation, and are recklessly, equally, if not more, negligent by promoting thus participating in Mulatto's agenda to publicly humiliate me by defamation, plagiarism, and infringement. (*see* civil conspiracy, and Negligent infliction of emotional distress.)

And is why I'm suing not only Mulatto, but her co-conspirators and publishers for the songs "Put It On The Floor, and 'Put It On The Floor AGAIN ft Cardi B. The Double Assault! *see* **Civil Conspiracy**

**Civil Conspiracy § 51-12-30** "A conspiracy upon which a civil action for damages may be founded is a combination between two or more persons either to do some act which is a tort, or else to do some lawful act by methods which constitute a tort.

**2020 Georgia Code**

**Title 51 - Torts**

**Chapter 12 - Damages**

**Article 2 - Joint Tort-Feasors**

**§ 51-12-30. Procurer of Wrong as Joint Wrongdoer**

Conspiracy defined

- A conspiracy, upon which a civil action may be based is a combination between two or more persons, either to commit a tortious act, or do some lawful act by methods constituting a tort. Rood v. Newman, 75 Ga. App. 621, 44 S.E.2d 171 (1947).

**Procurer of actionable wrong liable.**

- One who procures or assists in the commission of an actionable wrong **is equally liable with the actual perpetrator for the damages**. The word procure, as used in O.C.G.A. § 51-12-30, does not require the lending of assistance in the actual perpetration of the wrong done by another; but if one, acting only through advice, counsel, persuasion, or command, succeeds in procuring any person to commit an actionable wrong, the procurer becomes liable for the injury, either singly or jointly, with the actual perpetrator. White v. Shamrock Bldg. Sys., 294 Ga. App. 340, 669 S.E.2d 168 (2008).

\*\*\* I'm also adding to this civil suit, Mrs. Belcalis Marlenis Almánzar Cephus D/B/A "Cardi- B" as a co-conspirator (see **EXHIBIBT Z pg 3**) for Negligent infliction of emotional distress, because Mulatto's diss song 'Put It On The Floor AGAIN' success rate **strongly** relied not only on her labels publication and distribution service, but she also used Cardi-B as a powerful influential tool and influencer for her agenda.

"Sales went through the roof following Cardi-B's feature!" (see **EXHIBIT Z30**). According to Mulatto's Official Youtube channel, her music video views for her diss song without Cardi B's feature generated 281,000 views **(see EXHIBIT Z pg 1).**

However, when she methodically recruited Cardi-B to assist her diss song and agenda, 'Put It on The Floor ft Cardi B' (also featuring my infringed lyrics) music video generated a staggering **88 MILLION** views! (see **EXHIBIT Z pg 3**).

It became LSU University Female basketball players theme song at games, that the players also inadvertently promoted due to Cardi-B mentioning them in the song. And while Cardi-B's only direct reference to the defamation were "What they got on me? Bodies and a couple years" she's a co-conspirator and validated the assault with her presence and validated the defamation remarks made by Mulatto and the reason for my complaint with her last lines in the diss song. ("*bodies*" in slang terms in this manner refers to the amount of people one has slept with.) Which Mulatto also implies this with her lines "*you FUCKED like 100 niggas*." "*ran thru*" as explained in detail on pages 2-3. I contacted Cardi B attorney Ms. Lisa Moore regarding the lawsuit on February 28,2024 as supplied her with my complaint. (see **EXHIBIT Z32, Z33**)


Mulatto used everyone in the position who were willing and capable of amplifying her efforts to diss me, in order to multiply its effects on and against me, with the sole and obvious intent to publicly humiliate and defame me on a massive scale by way of defamation, slander, and sexual harassment. Its CLEAR AND OBVIOUS **defamation per-se**


I'm suing for punitive damages, statutory damages, mental anguish, depressional, loss of friendships, defamation, appropriation, plagiarism, copyright infringement, sexual harassment, stalking, civil conspiracy, negligent infliction of emotional distress, unfair competition, fraud, counterfeiting, negligence. I'm suing for the right of reputation as protected by the law of defamation.

These unwarranted, ongoing, targeted attacks against me has caused me severe depression, anxiety, (*see* **EXHIBIT U**), mental anguish, misery, public humiliation on a grand scale (*see* **EXHIBIT Y**) and subjected me to hate, ridicule on a global level, and attempted to make me a **Blood Gang *target*** (as indicative of her inside the 'target shopping cart' on BET Awards while saying "*if its beef then let me know*"

My associates, who I once thought of like family were in the position to further my music career. Now that relationship is severed SOLELY because of Mulatto. (*see Tortious interference with a business relationship, Negligent tortious interference*)

It is impossible for the Publishing companies to have been completely oblivious to the malicious intent their recording artist Mulatto had against me. Whether they were or not, they are still responsible for what they publish and distribute.

It's clear defamation per se, that requires no additional proof more than the words that were spoken, with the copyrights that were infringed, in order to identify me.

This experience feels like being raped in front of the world where certain few recognize me as the victim, others don't see my face, but the offenses are happening right before their eyes and ears. (*see* **EXHIBIT B, Z28**)

All the side-effects of the offenses are accomplishing its primary goal. To publicly humiliate, defame me, cause me emotional harm. It's also caused me mental suffering, extreme depression, severe anxiety, (*see* **EXHIBIT U**), emotional distress, public humiliation, and condemned me in the public light, and turned others against me and away from me by painting me in a false light; and also identified me as a *target* for potential gang violence (*see* **EXHIBIT z28** 7pgs).

Therefore, I'm suing for the following:

## **\*\*49 CFR 801.56 Invasion of Privacy: Appropriation and the Right of Publicity.** Common Law Tort -A regulation that prevents unauthorized commercial uses of another's identity who has celebrity status of their own. (EXHIBIT B, K, L, ATTACHMENT 1)

- Georgia Holdings: Georgia's Supreme court was the first high court in the country to recognize the Right To Privacy and did so in the context of a case in which a person's likeness was appropriated without permission

## **\*\*15 U.S.C. 1125(a) Section 43(a): FRAUD. False designations of origin**

Section 43(a) of the Lanham Act[1] provides that: (1) Any person who, on or in connection with any goods or services, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any *false designation of origin*, false or misleading description of fact, or false or misleading representation of fact, which — (A) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, shall be liable in a civil action by any person who believes that he or she

is or is likely to be damaged by such act. (**my lyrics and signature adlibs are the device and goods) *see* Appropriation, Copyright Infringement

(*see* **EXHIBIT A, B, ATTACHMENT 1**)

## Fraud  - GA Statute Code Ann. § 51-6-2 (b)

In all cases of deceit, knowledge of the falsehood constitutes an essential element of tort. A fraudulent or reckless representation of facts as true when they are not, if intended to deceive, is equivalent to a knowledge of their falsehood even if the party making the representation does not know that such "facts" are false.

**Legal Relief :** Economic, **punitive damages,** and any other relief the courts deems proper

## Sexual Harassment: <u>Georgia Code Ann. § 34-5A-1</u> (West)

(C) Such conduct creates an *intimidating, hostile, or offensive work environment*, provided that an intimidating, hostile, or offensive work environment is not created when the conduct does not rise above the level of what a reasonable person would consider merely tactless, inconsiderate, overfamiliar, or otherwise impolite, particularly with regard to the totality of the circumstances.

Sexual Harassment Definition Behavior that demeans, intimidate, and humiliates a person in a sexual manner. (*see* **EXHIBIT B, N, Z28**)

## Defamation/Slander <u>Georgia Code Ann. § 51-5-4</u> (West)

**(4)** Uttering any disparaging words productive of *special damage* which flows naturally therefrom. (*Mental anguish and emotional distress, extreme anxiety, deep depresion via public humiliation*)

28 US CODE 4101: Defamation: (Definition) Slander or similar claim alleging forms of speech are false, have caused damage to reputation or emotional distress or condemnation of any person. Also *see* FRAUD (*see* **EXHIBIT B, N**)

## OCGA § 51-5-10

### Relief

(c) In any action for damages for any defamatory statement published or uttered in or as a part of a visual or sound broadcast, the complaining party shall be allowed only such actual, consequential, or punitive damages as have been alleged and proved.

## TITLE 17 U.S.C §201 : Copyright Infringement/Plagiarism:

**(Definition)** when a person intentionally uses or distributes another's copyrighted material. (*see* **EXHIBIT B, N, Z30**)

§201 —Copyright in a work protected under this title vests initially in the author or authors of the work.

(a) **Civil Actions.**
- (a) --Any interested copyright party injured by a violation of section 1002 or 1003 may bring a **civil action** in an appropriate United States district court against any person for such violation.
- (b) Other Civil Actions.--Any person injured by a violation of this chapter may bring a civil action in an appropriate United States district court for actual damages incurred as a result of such violation.
- (c) Powers of the Court.--In an action brought under subsection (a), the court--
- **(1) may grant temporary and permanent injunctions on such terms as it deems reasonable to prevent or restrain such violation;**
- (2) in the case of a violation of section 1002, or in the case of an injury resulting from a failure to make royalty payments required by section 1003, shall award damages under subsection (d)

**(d) Award of Damages**.—
**(1)** Damages for section 1002 or 1003 violations.—

**(A) Actual damages.—**
**(i)** In an action brought under subsection (a), if the court finds that a violation of section 1002 or 1003 has occurred, the court shall award to the complaining party its actual damages if the complaining party elects such damages at any time before final judgment is entered.

**(ii)** In the case of section 1003, actual damages shall constitute the royalty payments that should have been paid under section 1004 and deposited under section 1005. In such a case, the court, in its discretion, may award an additional amount of not to exceed 50 percent of the actual damages.

**(B) Statutory damages for section 1002 violations.—**

**(i) Device.—**A complaining party may recover an award of statutory damages for each violation of section 1002(a) or (c) in the sum of not more than $2,500 per device involved in such violation or per device on which a service prohibited by section 1002(c) has been performed, as the court considers just.

**(ii) Digital musical recording.—**A complaining party may recover an award of statutory damages for each violation of section 1002(d) in the sum of not more than $25 per digital musical recording involved in such violation, as the court considers just.

**(iii) Transmission.—**A complaining party may recover an award of damages for each transmission or communication that violates section 1002(e) in the sum of not more than $10,000, as the court considers just.
• **(f) Impounding of Articles.—**At any time while an action under subsection (a) is pending, the court may order the impounding, on such terms as it deems reasonable, of any digital audio recording device, digital musical recording, or device specified in section 1002(c) that is in the custody or control of the alleged violator and that the court has reasonable cause to believe does not comply with, or was involved in a violation of, section 1002.

• **(g) Remedial Modification and Destruction of Articles.—**In an action brought under subsection **(a),** the court may, as part of a final judgment or decree finding a violation of section 1002, order the remedial modification or the destruction of any digital audio recording device, digital musical recording, or device specified in section 1002(c) that--
• (1) does not comply with, or was involved in a violation of, section 1002, and
• (2) is in the custody or control of the violator or has been impounded under subsection (f).

### §504. Remedies for infringement: Damages and profits

(a) In General.-Except as otherwise provided by this title, an infringer of copyright is liable for either-

(1) the copyright owner's actual damages and any additional profits of the infringer, as provided by subsection (b); or

(2) statutory damages, as provided by subsection (c).

(b) Actual Damages and Profits.-The copyright owner is entitled to recover the actual damages suffered by him or her as a result of the infringement, and any profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages. In establishing the infringer's profits, the copyright owner is required to present proof only of the infringer's gross revenue, and the infringer is required to prove his or her deductible expenses and the elements of profit attributable to factors other than the copyrighted work.

### (c) Statutory Damages.-

(1) Except as provided by clause (2) of this subsection, the copyright owner may elect, at any time before final judgment is rendered, to recover, instead of actual damages and profits, an award of statutory damages for all infringements involved in the action, with respect to any one work, for which any one infringer is liable individually, or for which any two or more infringers are liable jointly and severally, in a sum of not less than $750 or more than $30,000 as the court considers just. For the purposes of this subsection, all the parts of a compilation or derivative work constitute one work.

(2) In a case where the copyright owner sustains the burden of proving, and the court finds, that infringement was committed willfully, the court in its discretion may increase the award of statutory damages to a sum of not more than $150,000 for each violation.

**Stalking - GA Code Ann § 16-5-94**

**- Relief**      A person who is not a minor who alleges stalking by another person may seek a *restraining order* by filing a petition alleging conduct constituting stalking as defined in **Code Section 16-5-90**.

18 U.S. CODE 2261a: Stalking: Definition attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person. /Unwanted and/or repeated surveillance by an individual towards another person. Harass or persecute with obsessive attention. (see **ATTACHMENT 2**)

# Deceptive Trade Practices (Unfair Competition)

- **Georgia Statute: Ga. Code Ann. § 10-1-372**

o .     (1) Passes off goods or services as those of another;

o      (2) Causes likelihood of confusion or of misunderstanding as to the source, sponsorship, approval, or certification of goods or services; (**

o      (3) Causes likelihood of confusion or of misunderstanding as to affiliation, connection, or association with or certification by another;

o      (5) Represents that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation, or connection that he does not have;

o      (6) **Represents that goods are original or new** if they are deteriorated, **altered, reconditioned, reclaimed, used**, or secondhand;

o      (12) Engages in any other conduct which similarly creates a likelihood of confusion or of misunderstanding.

o      (b) In order to prevail in an action under this part, a complainant need not prove competition between the parties or actual confusion or misunderstanding.

o      (c) This Code section does not affect unfair trade practices otherwise actionable at **common law** or under other statutes of this state. (**my signature adlibs)

- At **common law**, damages are a remedy in the form of a monetary award to be paid to a claimant as compensation for loss or **injury**.[1] To warrant the award, the claimant must show that a **breach of duty** has caused foreseeable loss.

To be recognized at law, the loss must involve damage to property, **or mental** or physical **injury;** pure economic loss is rarely recognized for the award of damages.

**Legal Relief**: Injunction against the party to stop deceptive practices, economic damages, any other relief the court deems proper.

## Civil Conspiracy -GA Code Ann § 51-12-30 "A conspiracy upon
which a civil action for damages may be founded is a combination between two or more persons either to do some act which is a tort, or else to do some lawful act by methods which constitute a tort.

### Procurer of actionable wrong liable.

- One who procures or assists in the commission of an actionable wrong is equally liable with the actual perpetrator for the damages. The word procure, as used in O.C.G.A. § 51-12-30, does not require the lending of assistance in the actual perpetration of the wrong done by another; but if one, acting only through advice, counsel, persuasion, or command, succeeds in procuring any person to commit an actionable wrong, the procurer becomes liable for the injury, either singly or jointly, with the actual perpetrator. White v. Shamrock Bldg. Sys., 294 Ga. App. 340, 669 S.E.2d 168 (2008).

**Georgia's common-law rule imposes joint and several liability on tortfeasors** who acted in concert; - O.C.G.A. § 51-12-33, Georgia's apportionment statute, applied to tort claims for damage to tangible and intangible property and, therefore, applied to purely pecuniary losses. However, § 51-12-33 did not abrogate Georgia's common-law rule imposing joint and several liability on tortfeasors who acted in concert; in such cases, fault was not divisible and could not be apportioned. FDIC v. Loudermilk, 305 Ga. 558, 826 S.E.2d 116 (2019).

### Tortious interference with a business relationship

Tortious interference with business relationships occurs where the tortfeasor intentionally acts to prevent someone from successfully establishing or maintaining business relationships with others. (in my case via conflict of interest)

### Negligent tortious interference

The above situations are actionable if someone with actual knowledge of, and intent to interfere with, an existing contract or expectancy between other parties, acts improperly with malicious intent and actually interferes with the contract/expectancy, causing economic harm.

In a similar case, Tarleton v McGawley, 170 Eng. Rep. 153 (K.B. 1793), the defendant shot from its ship, Othello, off the coast of Africa upon natives while "contriving and maliciously intending to hinder and deter the natives from trading with" plaintiff's rival trading ship, Bannister. This action caused the natives (plaintiff's prospective customers) to flee the scene, depriving the plaintiff of their potential business. The King's Bench court held the conduct actionable. The defendant claimed, by way of justification, that the local native ruler had given it an exclusive franchise to trade with his subjects, but the court rejected this defense.

## Negligent infliction of emotional distress (NIED)

One has a legal duty to use reasonable care to avoid causing emotional distress to another individual.

If one fails in this duty and unreasonably causes emotional distress to another person, that actor will be liable for monetary damages to the injured individual. The tort is to be contrasted with intentional infliction of emotional distress in that there is no need to prove intent to inflict distress. That is, an accidental infliction, if negligent, is sufficient to support a cause of action.

- In the 1968 landmark decision of Dillon v. Legg, the Supreme Court of California was the first court to allow recovery for emotional distress alone – even in the absence of any physical injury to the plaintiff –

## 19 U.S. CODE 1592 Negligence:

failure to exercise appropriate ethical ruled care expected. Breach of Duty, Causation. (*After presenting the facts and complaint to Sony Music Publishing, and StreamCut Media in October 2023 (see* **EXHIBIT X.2, X.3, X.4**), *they proceeded to to act in bad faith and recklessly violate these codes; and are actively selling, streaming and promoting these offenses globally, as of January 07, 2024 (see* **EXHIBIT V, Z**)

- ## **Georgia Code Title 51. Torts § 51-1- Negligence**

o       In general, ordinary diligence is that degree of care which is exercised by ordinarily prudent persons under the same or similar circumstances. As applied to the preservation of property, the term "ordinary diligence" means that care which every prudent man takes of his own property of a similar nature. The absence of such diligence is termed ordinary **negligence.**

- **Legal Relief:** Economic damages, **punitive damages**, any other relief the court deems proper.

# **18 U.S. Code § 2320 - Trafficking in counterfeit goods or services**

a)Offenses.—Whoever intentionally—

(1)traffics in goods or services and knowingly uses a counterfeit mark on or in connection with such goods or services, *(\*\* my signature adlibs)*

or attempts or conspires to violate any of paragraphs (1) through (4) shall be punished as provided in subsection (b).

**(b)Penalties.—**

**(1)In general.**—Whoever commits an offense under subsection (a)—

**(A)**

if an individual, shall be fined not more than $2,000,000 or imprisoned not more than 10 years, or both, and, if a person other than an individual, shall be fined not more than $5,000,000; and

- ## **15 U.S. Code § 1117**

**Relief:**

Covers recovery for violations of rights, including statutory damages for use of counterfeit marks. The plaintiff can recover a minimum of $1,000 and a maximum of $200,000 per counterfeit mark per type of goods or services sold.

When I initially heard my lyrics in Mulatto song, I immediately contacted Mulatto's labels who were listed as her record label on the Wikipedia page for the songs 'Put It On The Floor.' (*see* **EXHIBT Z31**) I sent them, (StreamCut Media, and RCA) emails and U.S. postal mail, sometimes multiple times in the same day due to each new discovery.

I emailed Mulatto's label StreamCut Media, LLC. on October 31, 2023

(*see* **EXHIBIT X.3 PG 13**) and also physically mailed them a cease-and-desist.

(*see* **EXHIBIT X.4 PG 2**) , along with my copyright certificate and complaint.

Neither one of the defendants ever responded or contacted me.

### O.C.G.A. 51-12-5.1 (2010)
### 51-12-5.1. Punitive damages

(b) Punitive damages may be awarded only in such tort actions in which it is proven by clear and convincing evidence that the defendant's actions showed willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifference to consequences.

(c) Punitive damages shall be awarded not as compensation to a plaintiff but solely to punish, penalize, or deter a defendant.

(f) In a tort case in which the cause of action does not arise from product liability, if it is found that the defendant acted, or failed to act, with the specific intent to cause harm, or that the defendant acted or failed to act while under the influence of alcohol, drugs other than lawfully prescribed drugs administered in accordance with prescription, or any intentionally consumed glue, aerosol, or other toxic vapor to that degree that his or her judgment is substantially impaired, there shall be no limitation regarding the amount which may be awarded as punitive damages against an active tort-feasor but such damages shall not be the liability of any defendant other than an active tort-feasor.

(g) For any tort action not provided for by subsection (e) or (f) of this Code section in which the trier of fact has determined that punitive damages are to be awarded, the amount which may be awarded in the case shall be limited to a maximum of $250,000.00.

**2010 Georgia Code**
**TITLE 51 - TORTS**
**CHAPTER 12 - DAMAGES**
**ARTICLE 1 - GENERAL PROVISIONS**
**§ 51-12-4 - Damages given as compensation for injury; measure of damages generally; nominal damages**

O.C.G.A. 51-12-4 (2010)
51-12-4. Damages given as compensation for injury; measure of damages generally; nominal damages

Damages are given as compensation for injury; generally, such compensation is the measure of damages where an injury is of a character capable of being estimated in money.

**Negligence:**
**2020 Georgia Code**
**Title 51 - Torts**
**Chapter 1 - General Provisions**
**§ 51-1-6. Recovery of Damages Upon Breach of Legal Duty**

Universal Citation: GA Code § 51-1-6 (2020)

When the law requires a person to perform an act for the benefit of another or to refrain from doing an act which may injure another, although no cause of action is given in express terms, the injured party may recover for the breach of such legal duty if he suffers damage thereby.

## **Appropriation** in Unfair competition

**2022 Georgia Code
Title 10 - Commerce and Trade
Chapter 1 - Selling and Other Trade Practices
Article 27 - Trade Secrets
§ 10-1-763. Recovery of Damages**

Ga. Code § 10-1-763

(a) In addition to or in lieu of the relief provided by **Code Section 10-1-762, a person
is entitled to recover damages for misappropriation. Damages can include
both the actual loss caused by misappropriation and the unjust enrichment
caused by misappropriation that is not taken into account in computing
actual loss.** If neither damages nor unjust enrichment caused by the misappropriation
are proved by a preponderance of the evidence, the court may award damages caused by
misappropriation measured in terms of a reasonable royalty for a misappropriator's
unauthorized disclosure or use of a trade secret for no longer than the period of time for
which use could have been prohibited.

(b) **If willful and malicious misappropriation exists, the court may award
exemplary damages in an amount not exceeding twice any award made
under subsection** (a) of this Code section

.(c) In no event shall a contract be required in order to maintain an action or to recover
damages for misappropriation of a trade secret.

## Section 51-5-10 - Liability for *defamatory statements* in visual or sound broadcast; damages

Ga. Code § 51-5-10

(c) In any action for damages for any defamatory statement published or uttered in or as
a part of a visual or sound broadcast, the complaining party shall be allowed only such
actual, **consequential, or punitive damages** as have been alleged and proved.
(emotional distress) OCGA § 51-5-10

## Fraud victim relief

## GA Code § 16-9-130 (2022)

• Any consumer victim who suffers injury or damages as a result of a violation of this article may bring an action individually or as a representative of a class against the person or persons engaged in such violations under the rules of civil procedure to seek equitable injunctive relief and to recover general and punitive damages sustained as a consequence thereof in any court having jurisdiction over the defendant; provided, however, that punitive damages shall be awarded only in cases of intentional violation. A claim under this article may also be asserted as a defense, setoff, cross-claim, or counterclaim or third-party claim against such person.

• A court shall award three times actual damages for an intentional violation.

• If the court finds in any action that there has been a violation of this article, the consumer victim injured by such violation shall, in addition to other relief provided for in this Code section and irrespective of the amount in controversy, be awarded reasonable attorney's fees and expenses of litigation incurred in connection with said action.

**2022 Georgia Code**
**Title 16 - Crimes and Offenses**
**Chapter 9 - Forgery and *Fraudulent Practices***
**Article 8 - Identity Fraud**
**§ 16-9-130. Damages Available to Consumer Victim; No Defense That Others Engage in Comparable Practices; Service of Complaint**

**Universal Citation:** GA Code § 16-9-130 (2022)

a. Any consumer victim who suffers injury or damages as a result of a violation of this article may bring an action individually or as a representative of a class against the person or persons engaged in such violations under the rules of civil procedure to seek equitable **injunctive relief and to recover general and punitive damages sustained as a consequence thereof** in any court having jurisdiction over the defendant; provided, however, that punitive damages shall be awarded only in cases of intentional violation.

b. A claim under this article may also be asserted as a defense, setoff, cross-claim, or counterclaim or third-party claim against such person.

c. A court shall award three times actual damages for an intentional violation.

d. If the court finds in any action that there has been a violation of this article, the consumer victim injured by such violation shall, in addition to other relief provided for in this Code section and irrespective of the amount in controversy, be awarded reasonable attorney's fees and expenses of litigation incurred in connection with said action.

**2020 Georgia Code**
**Title 10 - Commerce and Trade**
**Chapter 1 - Selling and Other Trade Practices**
**Article 16 - Trademarks, Service Marks, and Trade Names**
**Part 1 - Registration and Use of Trademarks and Service Marks**
**§ 10-1-451. Injunctions Against Infringement; Recovery of Profits and Damages; Destruction or Disposal of Counterfeit Trademarks; Seizure**

Any owner of a trademark or ***service mark registered*** under this part may proceed by action to enjoin the manufacture, use, display, or sale of any **counterfeits or imitations** thereof; and any court of competent jurisdiction may grant injunctions to restrain such manufacture, use, display, or sale as may be by the court deemed just and reasonable and may **require the defendants to pay to such owner all profits derived from such wrongful manufacture, use, display, or sale, and all damages suffered by reason of such wrongful manufacture, use, display, or sale, or both profits and damages**. The enumeration of any right or remedy in this part shall not affect a registrant's right to prosecute under any penal law of this state.

When I heard my lyrics in her song I went to my social media page and posted my copyright certificate and my song next to her song for my fans to hear and compare

(see **ATTACHMENT 1**); a copyright warning emerged from me posting the song on Instagram, stating that the co-defendant 'Sony Music Publishing' owned the copyright to the music 'Put It On The Floor' and that my post could not be viewed in certain countries due to Sony Music Publishing owning the copyrights for 'Put It On The Floor' and 'Put It On The Floor Again ft Cardi B. Originally I named RCA as a co-defendant but had to amend the complaint when I discovered in fact it was Sony Music Publishing who were (one of) the responsible parties who published the diss songs and infringements.

I contacted Sony Music Publishing via email on October 27, 2023 ( see **EXHIBIT X.2**,) and by mail  (see **EXHIBIT X.4**) as well as their music artist Mulatto, and her other recording label StreamCut Media, LLC. (see **EXHIBIT X.4**) They are ignored my complaints. Each defendant disregarded my facts, petitions,  and the statutes that they were now aware that they were actively violating. And they continued to have these offenses readily available for the public to stream, download, purchase, and view globally, gaining more momentum, adding injury to insult, and inquiry as to whom the 'diss mock song' is about, for those who didn't already know.

Each and every defendant are grossly negligent as civil conspirators. I sent Mulatto, StreamCut Media, and Sony Music Publishing each exhibit and each complaint, and every amended complaint, a cease- and-desist notice, and several settlement demand opportunities before I filed my lawsuit, (before discovering the defamation and sexual harassment portion of the claim.) Originally it was a copyright infringement concern, before I became fully aware of what Mulatto had been doing and saying about me to the world in her music. Which is published and sold by StreamCut Media LLC. and Sony Music Publishing.

### Relief:

I would like a ***restraining order*** against Mulatto and Cardi- B because the obsession with me is unwarranted. And an ***order*** to restrict them from stalking me, and using my lyrics, sounds, adlibs, likelihood indefinitely and a **CEASE ALL** publications, versions, performances, videos, streaming, and distribution of song(s) 'Put It On The Floor' and 'Put It On The Floor Again ft Cardi B. and 50% royalty from ALL past due sales of Both Songs that used my 2 lines and adlibs as the MAIN HOOK to identify me in the defamation.

In Summary, Not only did Each and **EVERY DEFENDANT profit** off my public humiliation, my mental health and this public torture, but they profited by also using my lyrics that have copyrights, making their diss song popular and famous by using my signature sounds in conjunction with my 2 lines as the MAIN HOOK in their now famous songs that they used to 'diss' me to the world. I'm heart broken, EXTREMELY anxious, EXTREMELY depressed, humiliated, disrespected, and on the brink of insanity because of this added, unwanted and unwarranted experience in my life. Even the burden of filing the lawsuit acting as my own attorney, and attending these court dates is **adding to my misery**, mental turmoil, and **suffering each day**.

For the defendants to not only cause my suffering, but then also make me fight in court to recoup the damages? Is adding **additional injury** to insult, and insult to injury.

Respectfully, If I'm entitled, I would like $900,000 for the 6 willful copyright infringements/ plagiarisms/appropriations', and $250,000,000 in accordance with the U.S.C and Georgia Statutes stated above and listed throughout that were all repeatedly violated, and equally divided as such in accordance with the civil conspiracy statute:

Note: If I cannot be awarded the full amount in which I see fit, fair and just in collective damages, I ask that the judge and/or jury award me the **MAXIMUM** I'm entitled to in relief for **each violation (x2** for EACH song assault).

**$62,725,000  from Alyssa Michelle Stephens d/b/a Mulatto aka Latto**

**$62,725,000 from StreamCut Media, LLC.**

**$62,725,000  from Sony Music Publishing**

**$62,725,000 from Belcalis Marlenis Almánzar Cephus D/B/A Cardi B**

*Respectfully Submitted,*

Sheri C. Johnson (pro-se)
4827 Old National Hwy #10037
Atlanta, GA 30337
P: (404) 666-7404
**legal.johnsonyoung@gmail.com**

**REVOLT**

# EXHIBIT B
### 2 pages



Screenshot from GloRilla's "Put It On Da Floor (GloMix)" video

NEW MUSIC

# GloRilla puts her own spin on Latto's "Put It On Da Floor"

The Memphis star turns up with some friends in her latest clip.

BY JON POWELL / 6.22.2023

After some teasing on social media, today (June 22) sees GloRilla unveiling her remix of Latto's April hit, "Put It On Da Floor." Over the Go Grizzly, Squat Beats, and Ben Hogarth-produced banger, the Memphis star boasts about her wins and sends strong messages to her many critics.

*"Put me on a bib, I'm 'bout to eat these b\*\*ches up, tell them h\*\*s go do what we did since them b\*\*ches think they us, I'll give yo' a\*\* a chance, but I ain't givin' out no f\*\*ks, and you should go check on your* friend*, I took her man, she need a hug, in this coupe so tinted, I can't even see the road, right now, I'm havin' so much motion, I can't even see my h\*\*s…"*

The accompanying clip for "Put It On Da Floor (GloMix)" comes courtesy of Samuel Finley and shows GloRilla at a lavish residence with her friends. Throughout, the group flexes with stacks of money and jewelry, breaks into dance moves, and hits the streets in matching Corvettes.

Back in 2022, GloRilla unveiled her debut EP, *Anyways, Life's Great...*, her first official release under Yo Gotti's Collective Music Group imprint. That project, which consisted of nine cuts and assists from Cardi B, Niki Pooh, and Hitkidd, debuted at No. 5 on *Billboard*'s Top R&B/Hip-Hop Albums chart. Months after its initial release, the "Tomorrow" star blessed the masses with *Anyways, Life's Great...Bonus Edition*, adding on viral cuts like "Nut Quick" and "PHATNALL."

On Wednesday (June 21), GloRilla joined Central Cee, Luh Tyler, Lola Brooke, Finesse2tymes, Rob49, and more as part of the 2023 XXL Freshman class. Hopefully, the achievement will serve as an appetizer for new music in the coming months. In the meantime, you can check out "Put It On Da Floor (GloMix)" below.

EXHIBIT B pg 2 of 2

TAGS IN THIS ARTICLE:

EXHIBIT C 1pg



PERSCRIPTION #1 FOR EXTREME ANXIETY

**EXHIBIT - D**
3 PGS

COST $1 CO-PAY

15MG, TWICE DAILY (MAXIMUM ALLOWED)



# Medi-Save Pharmacy

**800 South Slappey Blvd. • Albany, Georgia 31701 • (229) 435-1306**

Date _____  Time Called _____  Tech _____

Driver Pickup _____  Driven ___  JOHNSON, SHERI

Name _____  31701-4028

Address _____  09/20/83

Phone  404 535 3636 _____  DOB _____

Special Instructions for Delivery _____

_____

_____

COPY

| Rx's To Be Filled | Completed | Action Needed |
|---|---|---|
| 1) _____ | JOHNSON, SHERI | 6237242 |
| 2) 6237724 | | 12/27/23 |
| 3) _____ | BUSPIRONE HCL 15 MG TABLE    60 TAB | 09/20/83 |
| 4) _____ | RX # 6237242  29300-0246-01 | RE-FILLED |
| 5) _____ | | 12/27/2023 |
| 6) _____ | COPAY   1.00   01 REFILLS      UNICH | |
| 7) _____ | Y. STANDLEY -INYANG,M | |
| 8) _____ | AMERIGROUP NEW | |
| 9) _____ | | |

Special Notes

_____

_____  First Check _____

_____  Second Check _____

_____  RPH. Check _____

_____



**Uses** | Side Effects | Precautions | Inte

# Uses

This medication is used to treat anxiety. It may help you think more clearly, relax, worry less, and take part in everyday life. It may also help you to feel less jittery and irritable, and may control symptoms such as trouble sleeping, sweating, and pounding heartbeat. Buspirone is a medication for anxiety (anxiolytic) that works by affecting certain natural substances in the brain (neurotransmitters).

ADVERTISEMENT

GET $400+ VALUE
IN TRAVEL BENEFITS     T-MOBILE

ADVERTISEMENT

GET $400+ VALUE
IN TRAVEL BENEFITS     T-MOBILE FOR BUSINESS

